UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

BETTY RIOLO,

        Plaintiff(s),

v.

NCO FINANCIAL SYSTEMS, INC.,

        Defendant(s).

12-cv-00559

## OFFER OF JUDGMENT

DATE: April 16, 2012

TO:   Betty Riolo, (hereinafter "Plaintiff"), by and through Plaintiff's attorney, Craig Thor Kimmel, Esq., Kimmel & Silverman, P. C., 30 E. Butler Pike, Ambler, PA 19002.

Pursuant to Fed. R. Civ. P. 68, Defendant, NCO Financial Systems, Inc., (hereinafter "NCO") hereby offers to allow judgment to be taken against it in favor of Plaintiff, as follows:

1.   Judgment shall be entered against NCO for damages in the total amount of One Thousand One and No/100 Dollars ($1,001) for damages incurred by Plaintiff as a result of NCO's alleged violations of the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692, *et seq.*;

2.   In addition, the Judgment entered shall include an additional amount for Plaintiff's reasonable costs and attorney's fees accrued through the date of service of this Offer of Judgment either: 1) as agreed to by counsel for the parties; or 2) in the event counsel cannot agree, as determined by the Court upon application by Plaintiff's counsel;

3.   The Judgment entered in accordance with this Offer of Judgment is to be in total settlement of any and all claims by Plaintiff against NCO, said judgment shall have no effect whatsoever except in settlement of those claims;

4.     This Offer of Judgment is made solely for the purposes specified in Fed. R. Civ. P. 68, and is not to be construed either as an admission that NCO is liable in this action, or that Plaintiff has suffered any damage;

5.     In accordance with Fed. R. Civ. P. 68, if this Offer of Judgment is not accepted by Plaintiff within 14 days after service of the Offer, the Offer shall be deemed withdrawn and evidence of this Offer will be inadmissible except in any proceeding to recover costs. If this Offer of Judgment is not accepted by Plaintiff and the judgment finally obtained by Plaintiff is not more favorable than this Offer, the Plaintiff must pay her costs incurred after making this Offer, as well as the costs of NCO as allowed by the law of this Circuit.

ACCEPTED: _____
                Betty Riolo

DATE: _____

                                      Respectfully submitted

                                      /s/ Ross S. Enders
                                      Ross S. Enders, Esq.
                                      SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                                      200 Route 31 North, Suite 203
                                      Flemington, NJ 08822
                                      Phone: (908) 751-5941
                                      Fax: (908) 751-5944
                                      renders@sessions-law.biz
                                      Attorney for Defendant
                                      NCO Financial Systems, Inc.

## CERTIFICATE OF SERVICE

I certify that on this 16th day of April, 2012, a copy of the foregoing **Offer of Judgment** was forwarded to all counsel of record listed below by placing a copy of same in the United States Mail, postage prepaid.

    Craig Thor Kimmel, Esq.
    KIMMEL & SILVERMAN PC
    30 E. Butler Pike
    Amber, PA 19002
    Phone: 215-540-8888
    Email: kimmel@creditlaw.com
    Attorney for Plaintiff
    Betty Riolo


                    By:    /s/ Ross S. Enders
                             Ross S. Enders, Esq.
                             Attorney for Defendant
                             NCO Financial Systems, Inc.